UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>             Plaintiffs,<br><br>    v.<br><br>RUSSELL KOCH,<br><br>             Defendant. | CASE NO. 1:08-CV-00591-AWI-GSA<br><br>ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE |

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the scheduling conference currently set for August 5, 2008, at 9:00 a.m., be continued to Wednesday, **October 8, 2008; at 9:30 am** in Courtroom 10 before the Honorable Gary S. Austin. Further requests for a continuance due to lack of service will be looked upon with disfavor.

**IT IS SO ORDERED.**

Dated: July 28, 2008               By:    /s/ Gary S. Austin
                                                   Honorable Gary S. Austin
                                                   United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com