1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        dawniell.zavala@hro.com
5

6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; BMG
7  MUSIC; UMG RECORDINGS, INC.; and
   SONY BMG MUSIC ENTERTAINMENT
8

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10                              FRESNO DIVISION
11

12 | WARNER BROS. RECORDS INC., a Delaware | CASE NO. 1:08-CV-00591-AWI-GSA
   | corporation; BMG MUSIC, a New York general
13 | partnership; UMG RECORDINGS, INC., a        | Honorable Gary S. Austin
   | Delaware corporation; and SONY BMG MUSIC
14 | ENTERTAINMENT, a Delaware general
   | partnership,                                | **ORDER GRANTING STIPULATION TO**
15 |                                             | **EXTEND TIME TO RESPOND TO**
                                                 | **COMPLAINT**
16             Plaintiffs,

17       v.

18 RUSSELL KOCH,

19             Defendant.

20

21

22

23

24

25

26

27

28

                                        1

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS ORDERED** that Defendant's time to answer or otherwise respond to the Complaint be
2  extended to September 17, 2008.

5  Dated:  August 18, 2008            By:     /s/Gary S. Austin
                                              Honorable Gary S. Austin
6                                             United States Magistrate Judge

1
ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 1:08-cv-00591-AWI-GSA
#39343 v1

PDF created with pdfFactory trial version www.pdffactory.com